# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VICTORIA LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 14-cv-00667-JPG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Victoria Lewis' motion (Doc. 2) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **denied** and that judgment is entered in favor of respondent **United States of America** and against petitioner Victoria Lewis, and that this case is dismissed with prejudice.


**DATED: October 20, 2014**          JUSTINE FLANAGAN, Acting Clerk of Court


                                     *s/ Reid Hermann*
                                     **Deputy Clerk**



**Approved:**   s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**